# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

WOLFGANG MARVAL

**CASE NO.** 3:21-cr-00295-SCC-1

USM #  61254-509

## JUDGMENT OF DISMISSAL

Defendant___WOLFGANG MARVAL___ has been charged with the offense(s) of:

Count 1: 46:70503(a)(1) AND 70506 (b) CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE ABOARD A VESSEL SUBJECT TO THE JURISDICTION OF THE UNITED STATES.
Count 2: 46:70503(a)(1) AND 18:2 POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE ABOARD A VESSEL SUBJECT TO THE JURISDICTION OF THE UNITED STATES; A/A.
Count 3: 46:70503(a)(2) AND 18:2 JETTISONING PROPERTY SUBJECT TO FORFEITURE UNDER TITLE 21, UNITED STATES CODE, SECTION 881(a) FROM A VESSEL SUBJECT TO THE JURISDICTION OF THE UNITED STATES; A/A.

It is hereby ORDERED and ADJUDGED that the case against this defendant be DISMISSED for the reason set forth below:

☐ The Court has granted the motion of the government for dismissal without prejudice,        , pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

☑ The Court has dismissed the charges without prejudice,       for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

☐ The Court has dismissed the charges **without prejudice**, as defendant remains fugitive.

☐ The Court has dismissed the charges due to defendant's death.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on 4/19/2024

S/ Silvia Carreno-Coll
_____
United States District Judge

DPR Forms. Rev. Feb. 2016